*Slutzky,* for appellees.

### 30554. FORREST v. FORREST.

HALL, Justice.

This is an appeal by the husband on the general grounds from an alimony award to the wife of $100 per week for six years. He sued for a divorce, and she counterclaimed for divorce and alimony. The divorce was granted to the husband, and he was also awarded some disputed furniture.

We have carefully considered the transcript and conclude that the evidence supports the alimony award. *Judgment affirmed. All the Justices concur.*

ARGUED JANUARY 12, 1976 — DECIDED FEBRUARY 24, 1976.

*Smith & Jones, William E. Smith,* for appellant.
*Bowles & Bowles, Jesse G. Bowles,* for appellee.